

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-13-00155-CV

**IN THE INTEREST OF N.M.D.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-03144
Honorable H. Paul Canales, Judge Presiding

**ORDER**

In accordance with our opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 24, 2013.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 24th day of April, 2013.

Keith E. Hottle, Clerk